United States District Court
Southern District of Texas
**ENTERED**
January 17, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| SEYDPOURIYA SALEHI RAD | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-cv-67 |
| | § | |
| RIO GRANDE PROCESSING CENTER *et al.* | § | |
| | § | |

**ORDER**

Pursuant to 18 U.S.C. § 3006A, Carlos M. García is hereby **APPOINTED** to represent Petitioner in connection with his Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (*see* Dkt. No. 1). *See Adeleke v. United States*, 550 F. App'x 237, 239 (5th Cir. 2013) ("A court may appoint counsel 'for any financially eligible person who . . . is seeking relief under section 2241 . . . of title 28' when it 'determines that the interests of justice so require.'" (quoting § 3006A(a)(2)(B)). The interests of justice require that Petitioner be appointed counsel given the nature and complexity of his claims. *Id.* Mr. García will be compensated under the Court's CJA plan.

Mr. García is **ORDERED** to review Petitioner's *pro se* petition. If he determines a supplemental petition is warranted, he shall file it **no later than January 26, 2026**. Alternatively, if Mr. García determines Petitioner's claims are unmeritorious and the relevant framework does not justify relief for Petitioner, he must set forth that position, along with his reasoning, in an advisory no later than **January 26, 2026**. The Clerk of Court is **DIRECTED** to serve copies of this appointment on:

Carlos M. García
García & García Attorneys at Law
PO Box 4545
McAllen, Texas 78502
cgarcia@garciagarcialaw.com

The Clerk shall provide a copy of this Order and Petitioner's Writ of Habeas Corpus (Dkt. No. 1) to Petitioner's appointed counsel by electronic mail and any receipted means.

It is so **ORDERED**.

**SIGNED** January 17, 2026.

Marina Garcia Marmolejo
United States District Judge