United States District Court
Southern District of Texas
**ENTERED**
May 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| SEYDPOURIYA SALEHI RAD, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-67 |
| | § | |
| RIO GRANDE PROCESSING CENTER, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

On April 24, 2026, District Judge Marina Garcia Marmolejo referred Petitioner's First Amended Petition, (Dkt. No. 6), and Respondents' Motion to Dismiss, (Dkt. No. 10), to the Undersigned for a motions hearing and to issue a report and recommendation. (Dkt. No. 14).

Accordingly, the Court **ORDERS** a motion hearing be set for **May 18, 2026, at 1:00 p.m. in Courtroom 2C before the Undersigned**.

Further, the parties are **ORDERED** to appear **in-person**. At the hearing, the parties must be prepared to discuss, at a minimum, the status of Petitioner's detention and Respondent's efforts concerning removal.

It is so **ORDERED**.

**SIGNED** on May 6, 2026.

Brian C. Bajew
United States Magistrate Judge