United States District Court
Southern District of Texas

**ENTERED**

May 19, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| SEYDPOURIYA SALEHI RAD, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-CV-67 |
| | § | |
| RIO GRANDE PROCESSING CENTER, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |

## **AMENDED ORDER**

On May 18, 2026, the Undersigned conducted a motions hearing in the above-captioned case.

During the hearing the Undersigned asked whether a post-order custody review (POCR) concerning Petitioner's removal prospects had been conducted by Respondents. *See* 8 C.F.R. 241.4(h)(1) ("the district director or Director of the Detention and Removal Field Office will conduct a records review prior to the expiration of the removal period."); *see also* 8 C.F.R. 241.4(c)(1) ("any further custody determination concluded in the 3 month period immediately following the expiration of the 90-day removal period, subject to the provisions of paragraph (c)(2) of this section, will be made by the district director or the Director of the Detention and Removal Field Office having jurisdiction over the alien.").

Counsel for Respondents stated he was unaware if such review had been conducted but that information concerning any POCR could be requested. Accordingly, Respondents are **ORDERED** to, no later than **May 26, 2026**,[1] file either a supplement including any POCR

---

[1] The Court's original order (Dkt. No. 19) provided a deadline of May 25, 2026, for the Government to provide the requested information. However, May 25, 2026, is a federal holiday.

conducted concerning Petitioner or, in the absence of any POCR, file an advisory explaining why no review was conducted.

**IT IS SO ORDERED**.

**SIGNED** on May 19, 2026.

Brian C. Bajew
United States Magistrate Judge